UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| COURTNEY WILSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:13-cv-1933-JMS-MJD |
| KEITH BUTTS, | ) | |
| Defendant. | ) | |

# E N T R Y

The plaintiff's motion to appoint counsel has been considered. Pursuant to 28 U.S.C. § 1915(e)(1), courts are empowered only to "request" counsel. *Mallard v. United States District Court*, 490 U.S. 296, 300 (1989). "When confronted with a request . . . for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?" *Pruitt v. Mote*, 503 F.3d 647, 654-655 (7th Cir. 2007). The Court must deny "out of hand" a request for counsel made by a plaintiff without a showing of a reasonable attempt to recruit counsel on his own. *Farmer v. Haas*, 990 F.2d 319 (7th Cir. 1993). The plaintiff has not alleged any such efforts. Therefore, his motion for the appointment of counsel [dkt. 26] must be **denied.**

    **IT IS SO ORDERED.**

Date: 07/30/2014

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Courtney Wilson
#992168
Westville Correctional Facility
Inmate Mail/Parcels
5501 South 1100 West
P. O. Box 473
Westville, IN 46391-0473

Electronically registered counsel